220

## PER CURIAM.

This cause was heard upon the transcript, briefs and arguments of counsel, and it appearing that there was substantial evidence to support the verdict, and that there was therefore no error to decline to direct the jury to return a verdict for appellant or to decline to grant appellant's motion for judgment, notwithstanding the verdict, and it appearing that the court did not err in holding that appellee's right of recovery was based upon the laws of Ohio, or in declining to charge the jury that appellee's decedent was engaged in interstate commerce at the time he was injured, and it appearing that there is no reversible error upon the record, it is therefore ordered and adjudged that the judgment appealed from be and the same is affirmed.

## PER CURIAM.

In view of the enactment of Section 134 of the Revenue Act of 1942, 26 U.S.C.A. Int.Rev.Acts, the decisions of the Board of Tax Appeals are vacated and the cause is remanded for further consideration of the petitioner's tax liabilities in the light of the provisions of that section.

## GODDARD v. UNITED STATES.

No. 10366.

Circuit Court of Appeals, Fifth Circuit.

Nov. 3, 1942.

## TAGGART'S ESTATE v. COMMISSIONER OF INTERNAL REVENUE.

No. 8019.

Circuit Court of Appeals, Third Circuit.

Argued July 10, 1942.

Decided Oct. 31, 1942.

S. Leo Ruslander, of Pittsburgh, Pa. (Samuel Kaufman and Julian H. Ruslander, both of Pittsburgh, Pa., on the brief), for petitioner.

Newton K. Fox, Spec. Asst. to Atty. Gen. (Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key, Sp. Asst. to the Atty. Gen., on the brief), for respondent.

Before MARIS, JONES, and GOODRICH, Circuit Judges.